VANDECAR v. CLARK et al. (Circuit Court of Appeals, Eighth Circuit. January 3, 1899.) No. 1,175. In Error to the Circuit Court of the United

States for the District of Nebraska. E. Wakeley and A. C. Wakeley, for plaintiff in error. W. R. Kelly and John N. Baldwin, for defendants in error. Dismissed, without costs to either party in this court, per stipulation, and mandate waived.